# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET BIANUCCI**, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>**RITE AID CORPORATION**,<br>　　Defendant. | **Lead Case No. 2:24-cv-03356** |
| **ERICA JUDKA**, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>**RITE AID CORPORATION**,<br>　　Defendant. | Action No. 2:24-cv-03381 |
| **KATHRYN EDWARDS**, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>**RITE AID CORPORATION**,<br>　　Defendant. | Action No. 2:24-cv-03691 |
| **FAITH SPIKER**, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>**RITE AID CORPORATION**,<br>　　Defendant. | Action No. 2:24-cv-03807 |
| **JIMMIE RAY HALE, JR.**, individually and on behalf of all others similarly situated,<br>　　Plaintiff,<br><br>v.<br><br>**RITE AID CORPORATION**,<br>　　Defendant. | Action No. 2:24-cv-03885 |

## **ORDER**

　　　AND NOW, this ___16th___ day of _____September_____, 2024, it is hereby

2

ORDERED that the application of Ashley M. Crooks, Esquire, to practice in this Court pursuant to the Local Rule of Civil Procedure 83.5.2(b) is:

    __X__ Granted

    _____ Denied

    /s/ Harvey Bartle III
                        J.